Form 6-Summary (10/06)

# United States Bankruptcy Court
### District of Utah

In re   **North American Communications, Inc.**
_____,
Debtor

Case No. ___**07-24900**___

Chapter _____**7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 3,683,091.78 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 901,389.55 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 73,953.15 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 1,097,989.64 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 3,683,091.78 | | |
| Total Liabilities | | | | 2,073,332.34 | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## District of Utah

In re      **North American Communications, Inc.**                                        ,        Case No. ___**07-24900**_____
                                                      Debtor

                                                                                          Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6A
(10/05)

In re  **North American Communications, Inc.**                                                    ,          Case No. ___**07-24900**_____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Form B6B
(10/05)

In re  **North American Communications, Inc.**                                                    Case No. ___07-24900___
                                                      ,
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank** **Wells Fargo Bank Center** **299 South Main Street** **Salt Lake City, UT 84111** **Acct #XXXXXX0822** | - | 56,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            56,000.00
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6B
(10/05)

In re    **North American Communications, Inc.**                           Case No.   07-24900
                                            ,
                                        Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Arctek Satellite | - | 7,200.00 |
| | | Ascent Media | - | 21,835.00 |
| | | Blue Chip Films | - | 7,985.00 |
| | | Coastal Satellite | - | 250.00 |
| | | CTV (British Columbia) | - | 2,442.50 |
| | | ESPN News | - | 109.50 |
| | | Global Media Services | - | 3,700.00 |
| | | Kjell Jansson | - | 8,869.40 |
| | | The Golf Channel | - | 19,744.47 |
| | | Thistle Communications | - | 36,885.02 |
| | | Uplynx | - | 5,400.00 |
| | | SEE ATTACHED EXHIBIT B-16 | - | 114,420.89 |

Sub-Total >    228,841.78
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re   **North American Communications, Inc.**                                    Case No. ____07-24900____
                                              Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | NACi #2: 1994 GMAC | - | 125,000.00 |
| | | NACi #3: 1999 Ford E350 Van | - | 35,000.00 |
| | | NACi #4: 2004 Freightliner | - | 150,000.00 |
| | | NACi #5: 2004 Freightliner | - | 150,000.00 |
| | | | Sub-Total > (Total of this page) | 460,000.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **North American Communications, Inc.**                  Case No.    **07-24900**
                                       Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | NACI #6: 2000 Freightliner | - | 275,000.00 |
| | | NACi #7: 2005 Freightliner | - | 185,000.00 |
| | | 2005 Ford F550 Flatbed Tow Vehicle | - | Unknown |
| | | 1999 Freightliner Chassis | - | Unknown |
| | | 1987 GMC HubCom Satellite Uplink Truck | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 8 Channel SONY Encoder Mux System | - | Unknown |
| | | 6 Channel SONY Encoder Mux System | - | Unknown |
| | | Flyaway Antenna only and used shipping cases | - | Unknown |
| | | Equipment located on NACi Trucks #2 - #7 (SEE ATTACHED EXHIBIT B-29) | - | 2,105,000.00 |
| | | NACi Additional Equipment List (SEE ATTACHED EXHIBIT B-29) | - | 373,250.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 2,938,250.00 |
| Total > | 3,683,091.78 |

(Report also on Summary of Schedules)

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6D (10/06)

In re     **North American Communications, Inc.**                          Case No. _____ **07-24900**
_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | as of 9/2007 | | | | | |
| Denny Curran 12662 Overbrook Dr. Santa Ana, CA 92705-6409 | X | - | | | Loan 1994 GMAC Truck | | | | | |
| | | | | | Value $         125,000.00 | | | | 100,177.67 | 0.00 |
| Account No. xx3171 | | | | | as of 9/2007 | | | | | |
| First Community Bank a Branch of First State Bank NM PO Box 3686 Albuquerque, NM 87190 | X | - | | | Loan 1999 Ford E350 Van | | | | | |
| | | | | | Value $          35,000.00 | | | | 32,070.83 | 0.00 |
| Account No. xx2256 | | | | | as of 9/2007 | | | | | |
| First Community Bank a Branch of First State Bank NM PO Box 3686 Albuquerque, NM 87190 | X | - | | | Loan 2004 Freightliner | | | | | |
| | | | | | Value $         150,000.00 | | | | 114,729.28 | 0.00 |
| Account No. xx2647 | | | | | as of 9/2007 | | | | | |
| First Community Bank a Branch of First State Bank NM PO Box 3686 Albuquerque, NM 87190 | X | - | | | Loan 2004 Freightliner | | | | | |
| | | | | | Value $         150,000.00 | | | | 144,965.45 | 0.00 |
| _1_   continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 391,943.23 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re    **North American Communications, Inc.**                                    Case No.   07-24900
_____
                            Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx3236** | | | as of 9/2007 | | | | | |
| **First Community Bank a Branch of First State Bank NM** PO Box 3686 Albuquerque, NM 87190 | X | - | Loan 2000 Freightliner | | | | | |
| | | | Value $          275,000.00 | | | | 311,023.80 | 36,023.80 |
| Account No. **xx3589** | | | as of 9/2007 | | | | | |
| **First Community Bank a Branch of First State Bank NM** PO Box 3686 Albuquerque, NM 87190 | X | - | Loan 2005 Freightliner | | | | | |
| | | | Value $          185,000.00 | | | | 188,651.04 | 3,651.04 |
| Account No. **xxxxxxxxxxxxx0002** | | | as of 9/2007 | | | | | |
| **Zions First National Bank** One South Main Street Salt Lake City, UT 84111 | | - | Loan Miscellaneous Equipment | | | | | |
| | | | Value $          Unknown | | | | 9,771.48 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| Sheet  1  of  1   continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal (Total of this page) | 509,446.32 | 39,674.84 |
| | Total (Report on Summary of Schedules) | 901,389.55 | 39,674.84 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07)

In re    **North American Communications, Inc.** _____    Case No. _____07-24900_____
                                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                        _2_    continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re   __North American Communications, Inc._____     Case No. ___07-24900_____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Unknown<br><br>Don K. Brashears<br>P.O. Box 577198<br>Modesto, CA 95357 | - | | as of 9/2007<br><br>Wages | | | | | 28,926.21 | |
| | | | | | | | 28,926.21 | 0.00 | |
| Account No.<br><br>Gary E Oksutcik<br>c/o Nick Colessides<br>466 S 400 E Suite 100<br>Salt Lake City, UT 84111-3325 | - | | as of 9/2007<br><br>Wages | | | X | | 39,467.29 | |
| | | | | | | | 39,467.29 | 0.00 | |
| Account No.<br><br>Jack Bozarth<br>UNKNOWN AT THIS TIME | - | | as of 9/207<br><br>Wages | | | | | 0.00 | |
| | | | | | | | 419.27 | | 419.27 |
| Account No.<br><br>Louis Tortora<br>UNKNOWN AT THIS TIME | - | | as of 9/2007<br><br>Wages | | | | | 0.00 | |
| | | | | | | | 57.14 | | 57.14 |
| Account No.<br><br>Michael Jordan<br>UNKNOWN AT THIS TIME | - | | as of 9/2007<br><br>Wages | | | | | 0.00 | |
| | | | | | | | 23.32 | | 23.32 |

Sheet __1__ of __2__  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    68,893.23

68,393.50

499.73

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re  __North American Communications, Inc._____    Case No. ___07-24900_____
                                            Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | as of 9/2007 | | | | | |
| Michael L. Tyler UNKNOWN AT THIS TIME | | - | Wages | | | | | 0.00 |
| | | | | | | | 2,607.50 | 2,607.50 |
| Account No. | | | as of 9/2007 | | | | | |
| Nathan Griffin UNKNOWN AT THIS TIME | | | Wages | | | | | 0.00 |
| | | | | | | | 75.14 | 75.14 |
| Account No. | | | as of 9/2007 | | | | | |
| Paul Boyden UNKNOWN AT THIS TIME | | - | Wages | | | | | 0.00 |
| | | | | | | | 2,377.28 | 2,377.28 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 5,059.92 | 5,059.92 |
| | Total (Report on Summary of Schedules) | 68,393.50 |
| | | 73,953.15 | 5,559.65 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06)

In re  **North American Communications, Inc.**                     Case No. ___07-24900___

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NA0805** <br><br> **Amano Business Credit** <br> **2081 SE Ocean Blvd** <br> **Suite 2A** <br> **Stuart, FL 34996** | - | | as of 9/2007 <br> Lease | | | | 3,331.20 |
| Account No. **Unknown** <br><br> **Andrew Corporation** <br> **Worldwide Headquarters** <br> **3 Westbrook Corporate Ctr, Ste. 900** <br> **Westchester, IL 60154** | - | | as of 9/2007 <br> Trade Debt | | | | 77.16 |
| Account No. **Unknown** <br><br> **AT&T** <br> **PO Box8212** <br> **Aurora, IL 60572-8212** | - | | as of 9/2007 <br> Trade Debt | | | | 287.47 |
| Account No. **Unknown** <br><br> **Bexel Rentals** <br> **4305 Vineland Rd.** <br> **Suite G-12** <br> **Orlando, FL 32801** | - | | as of 9/2007 <br> Trade Debt | | | | 12,961.25 |
| __6__   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 16,657.08 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:29566-071008   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **North American Communications, Inc.** ,        Case No.    **07-24900**

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown** <br><br> **Bush Ross, P.A.** <br> **220 South Franklin Street** <br> **Tampa, FL 33602** | | - | as of 9/2007 <br> Legal Fees | | | | 1,701.16 |
| Account No. **Unknown** <br><br> **Chameleon Communications Group, Inc.** <br> **14375 Myer Lake Circle** <br> **Clearwater, FL 33760-2839** | | - | as of 9/2007 <br> Trade Debt | | | | 33,895.16 |
| Account No. **Unknown** <br><br> **Common Paymaster Corporation** <br> **PO Box 4612** <br> **Orlando, FL 32801** | | - | as of 9/2007 <br> Trade Debt | | | | 637,486.72 |
| Account No. **Unknown** <br><br> **D & D Engineering** <br> **641 West Lake Street** <br> **Suite 102** <br> **Chicago, IL 60661-1012** | | - | as of 9/2007 <br> Trade Debt | | | | 13,719.90 |
| Account No. **Unknown** <br><br> **Eric West Attorney PLLC** <br> **318b E 5th St** <br> **Lumberton, NC 28358-5535** | | - | as of 9/2007 <br> Legal Fees | | | | 4,287.50 |

Sheet no. _1_ of _6_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        691,090.44

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **North American Communications, Inc.** _____,   Case No. ___07-24900___
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5-003** | | | as of 9/2007 Lease - Misc. Equipment | | | | |
| **Financial Pacific Leasing 3455 South 344th Way Federal Way, WA 98001** | | - | | | | | |
| | | | | | | | 9,789.60 |
| Account No. **Unknown** | | | as of 9/2007 Trade Debt | | | | |
| **Globalstar LLC 461 S Milpitas Blvd Milpitas, CA 95035** | | - | | | | | |
| | | | | | | | 140.19 |
| Account No. **Unknown** | | | as of 9/2007 Trade Debt | | | | |
| **Hayman Communications 6622 Inyokern Road PO Box 1179 Inyokern, CA 95327** | | - | | | | | |
| | | | | | | | 11,877.30 |
| Account No. **Unknown** | | | as of 9/2007 Trade Debt | | | | |
| **Interscreen America Inc 10720 72nd Street #306 Largo, FL 33777** | | - | | | | | |
| | | | | | | | 2,023.72 |
| Account No. | | | as of 9/2007 Unknown | | | | |
| **Mark Aldous 235 Hicks Road Granville, NY 12832-2605** | | - | | | | | |
| | | | | | | | 54.00 |

Sheet no. _2_ of _6_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     23,884.81

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **North American Communications, Inc.**                                    Case No. ___07-24900___
_____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown**<br><br>**MC Signworks Inc (Hot Rod Ink)**<br>**4876 Commerce Drive**<br>**Suite A**<br>**Salt Lake City, UT 84107-4757** | - | | as of 9/2007<br>Trade Debt | | | | 205.50 |
| Account No. **Unknown**<br><br>**Media Underground Inc**<br>**3485 W Harmon Ave**<br>**Suite 100**<br>**Las Vegas, NV 89103-4108** | - | | as of 9/2007<br>Trade Debt | | | | 10,081.25 |
| Account No. **Unknown**<br><br>**Metrovision Production Group LLC**<br>**508 W 24th Street**<br>**New York, NY 10011-1103** | - | | as of 9/2007<br>Trade Debt | | | | 18,225.00 |
| Account No. **Unknown**<br><br>**Peak Uplink Inc**<br>**458 Silverhorn Drive**<br>**New Castle, CO 81647-9468** | - | | as of 9/2007<br>Trade Debt | | | | 1,800.00 |
| Account No. **Unknown**<br><br>**Peak Video Productions**<br>**2626 E N Altamont Blvd**<br>**Spokane, WA 99202-4250** | - | | as of 9/2007<br>Trade Debt | | | | 750.00 |

Sheet no. _3_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 31,061.75 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **North American Communications, Inc.**                          Case No.   **07-24900**
_____
                           Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown** <br><br> **Percy Davis** <br> **131 W 135th Street** <br> **New York, NY 10030-2922** | | - | as of 9/2007 <br> Unknown | | | | 314.63 |
| Account No. **xxxxM-x1726** <br><br> **Puget Sound Leasing Co Inc** <br> **PO Box 1295** <br> **Issaquah, WA 98027** | | - | as of 9/2007 <br> Lease - Misc. Equipment | | | | 25,470.90 |
| Account No. **Unknown** <br><br> **Qwest Communications International Inc** <br> **1801 California Street #3800** <br> **Denver, CO 80202-5555** | | - | as of 9/2007 <br> Trade Debt | | | | 273.80 |
| Account No. **Unknown** <br><br> **RF Scientific Inc** <br> **5644 Commerce Drive** <br> **Orlando, FL 32839** | | - | as of 9/2007 <br> Trade Debt | | | | 28,873.71 |
| Account No. **Unknown** <br><br> **Southern Skies Satellite** <br> **3440 N 16th Street** <br> **Phoenix** | | - | as of 9/2007 <br> Trade Debt | | | | 2,250.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                       57,183.04

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **North American Communications, Inc.** _____   Case No. ___**07-24900**_____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Unknown** | | | | as of 9/2007 Trade Debt | | | | |
| **Speccom Systems** 336 36th Street Suite 375 Bellingham, WA 98225-6580 | - | | | | | | | |
| | | | | | | | | 1,125.00 |
| Account No. **Unknown** | | | | as of 9/2007 Trade Debt | | | | |
| **Steve Newsome Grading** 601 River Bend Road Demorest, GA 30535-2328 | - | | | | | | | |
| | | | | | | | | 4,976.80 |
| Account No. **Unknown** | | | | as of 9/2007 Trade Debt | | | | |
| **Stratis Authority Inc** 300 Primera Blvd Suite 164 Lake Mary, FL 32746 | - | | | | | | | |
| | | | | | | | | 200,644.32 |
| Account No. **Unknown** | | | | as of 9/2007 Trade Debt | | | | |
| **Uplynx Technologies LLC** Attn: Pat Murphy 11515 Brown Trail Tomball, TX 77377 | - | | | | | | | |
| | | | | | | | | 22,513.17 |
| Account No. **xxx-xxxxxx6-000** | | | | as of 9/2007 Lease | | | | |
| **US Bancorp** US Bankcorp Center 800 Nicollet Mall Minneapolis, MN 55402 | - | | | | | | | |
| | | | | | | | | 2,653.17 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

231,912.46

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **North American Communications, Inc.**                    Case No. ___07-24900___
_____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxxxx4-000** <br><br> **US Bancorp** <br> **US Bankcorp Center** <br> **800 Nicollet Mall** <br> **Minneapolis, MN 55402** | | - | as of 9/2007 <br> Lease | | | | 23,409.26 |
| Account No. **Unknown** <br><br> **Videolink Inc** <br> **3401 Quebec Street** <br> **Suite 9000** <br> **Denver, CO 80207-2331** | | - | as of 9/2007 <br> Trade Debt | | | | 3,950.00 |
| Account No. **Unknown** <br><br> **Vision Accomplished Inc** <br> **Transvision International** <br> **550 Maulhardt Avenue** <br> **Oxnard Beach, CA 93030** | | - | as of 9/2007 <br> Trade Debt | | | | 15,750.00 |
| Account No. **Unknown** <br><br> **Warner Truck Center** <br> **5600 W 2100 S** <br> **Salt Lake City, UT 84101** | | - | as of 9/2007 <br> Trade Debt | | | | 3,090.80 |
| Account No. | | | | | | | |

Sheet no. _6_ of _6_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 46,200.06 |
| Total (Report on Summary of Schedules) | | 1,097,989.64 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6G
(10/05)

In re   **North American Communications, Inc.**                                           Case No. ___07-24900___
_____,
Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Amano Business Credit**<br>**2081 SE Ocean Blvd**<br>**Suite 2A**<br>**Stuart, FL 34996** | Lease #NA0805 - $3,331.20 |
| **Financial Pacific Leasing** | Lease #283095-003 - $9,789.60<br>Misc. Equipment |
| **Puget Sound Leasing Co Inc**<br>**PO Box 1295**<br>**Issaquah, WA 98027** | Lease #6318M-21726 - $25,470.90<br>Misc. Equipment |
| **US Bancorp**<br>**US Bankcorp Center**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402** | Lease #600-0030116-000 - $2,653.17 |
| **US Bancorp**<br>**US Bankcorp Center**<br>**800 Nicollet Mall**<br>**Minneapolis, MN 55402** | Lease #600-0033884-000 - $23,409.26 |

___0___   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6H
(10/05)

In re   **North American Communications, Inc.**                                Case No.   _____07-24900_____
_____,
                                        Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary E. Oksutcik**<br>**c/o Nick Colessides**<br>**466 S 400 E Suite 100**<br>**Salt Lake City, UT 84111-3325** | **First Community Bank**<br>**a Branch of First State Bank NM**<br>**PO Box 3686**<br>**Albuquerque, NM 87190** |
| **Gary E. Oksutcik**<br>**c/o Nick Colessides**<br>**466 S 400 E Suite 100**<br>**Salt Lake City, UT 84111-3325** | **First Community Bank**<br>**a Branch of First State Bank NM**<br>**PO Box 3686**<br>**Albuquerque, NM 87190** |
| **Gary E. Oksutcik**<br>**c/o Nick Colessides**<br>**466 S 400 E Suite 100**<br>**Salt Lake City, UT 84111-3325** | **First Community Bank**<br>**a Branch of First State Bank NM**<br>**PO Box 3686**<br>**Albuquerque, NM 87190** |
| **Gary E. Oksutcik**<br>**c/o Nick Colessides**<br>**466 S 400 E Suite 100**<br>**Salt Lake City, UT 84111-3325** | **First Community Bank**<br>**a Branch of First State Bank NM**<br>**PO Box 3686**<br>**Albuquerque, NM 87190** |
| **Gary E. Oksutcik**<br>**c/o Nick Colessides**<br>**466 S 400 E Suite 100**<br>**Salt Lake City, UT 84111-3325** | **First Community Bank**<br>**a Branch of First State Bank NM**<br>**PO Box 3686**<br>**Albuquerque, NM 87190** |
| **Gary E. Oksutcik**<br>**c/o Nick Colessides**<br>**466 S 400 E Suite 100**<br>**Salt Lake City, UT 84111-3325** | **Denny Curran**<br>**12662 Overbrook Dr.**<br>**Santa Ana, CA 92705-6409** |

___0___   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## District of Utah

In re    __North American Communications, Inc._____

Debtor(s)

Case No.    __07-24900__

Chapter    __7__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    __11·2·07__

Signature _____

Jodi Jaiman
President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**\*\* Signed with the understanding that information contained herein is based on records available. Actual books and records are in possession of Gary Oksutcik, former Officer and Insider, who refuses to relinquish same. Further investigation needs to be done in order to validate accuracy of information contained in Schedules and Statement of Financial Affairs. \*\***

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy