Vernon L. Hopkinson (Bar No. 3656)
**COHNE, RAPPAPORT & SEGAL, P. C.**
257 East 200 South, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
*vern@crslaw.com*

  Attorneys for Roger G. Segal, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

----ooo0ooo----

| | |
|---|---|
| In re: | ) |
| | ) |
| NORTH AMERICAN COMMUNICATIONS, INC. | ) Bankruptcy No. 07-24900 JAB |
| | ) (Chapter 7) |
| Debtor(s). | ) |

----ooo0ooo----

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO ALLOW CLAIM OF THE "LIQUIDATING DEBTOR"**

**TO: ALL PARTIES IN INTEREST APPEARING ON THE DEBTOR'S MAILING MATRIX AND OTHERS:**

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Judith A. Boulden, United States Bankruptcy Court Judge, on the **20th day of January, 2010**, at the hour of **2:00 o'clock p.m.**, or as soon thereafter as the matter may be heard in her courtroom located in the Frank E. Moss Federal Courthouse, 350 South Main Street, Salt Lake City, Utah, on the Trustee's Motion to Allow Claim of the "Liquidating Debtor" (the "Motion"). A complete copy of the Motion is included with this Notice.

Any objection the Motion must be filed in writing with the Court and a copy delivered to the undersigned counsel for the Trustee by no later than January 11, 2010. If no timely objection is filed, then the Court may grant the relief requested by the Trustee in the Motion without a hearing.

Any party-in-interest having any questions concerning the Motion should contact the undersigned counsel for the Trustee.

**DATED** this 22nd day of December, 2009.

            **COHNE, RAPPAPORT & SEGAL, P.C.**

            _/s/ Vernon L. Hopkinson_
            Vernon L. Hopkinson
            Attorneys for the Chapter 7 Trustee Roger G. Segal

## CERTIFICATE OF MAILING

The undersigned, an employee of Cohne, Rappaport & Segal, P.C., hereby certifies that on the 22nd day of December, 2009 a true and accurate copy of the foregoing document with a copy of the Motion included therewith was mailed, first class, postage fully prepaid, in the United States mail, to all creditors listed on the official matrix, a copy of which is attached hereto, and to the following:

Internal Revenue Service
Attn: Lynne Koch
P.O. Box 21126
Philadelphia, PA 19114

State of CA Franchise Tax Bd
Special Procedures Section
P.O. Box 2952
Sacramento, CA 95812-2952

Uplinx Tech.
Attn: Douglas Susalla
25170 Strawberry Lane
Southfield, MI 48033-2722

Matthew M. Boley
Parsons, Kinghorn and Harris
111 East Broadway, Suite 1100
Salt Lake City, UT 84111

Elizabeth A. Green
Jimmy D. Parrish
Latham, Skuker Eden & Beaudine LLP
390 North Orange Avenue, Suite 600
Orlando, FL 32801

Elena L. Escamilla - UST
135 W. Central Blvd., Suite 620
Orlando, FL 32806

I Randall Gold
U.S. Attorneys Office
501 West Church Street, Suite 300
Orlando, FL 32765

I. Randall Gold
U.S. Attorneys Office
501 West Church Street, Suite 300
Orlando, FL 32805

Laurie A. Cayton
Assistant United States Trustee
Suite 300, Ken Garff Building
405 South Main Street
Salt Lake City, UT 84111

Jerry V. Hale
Winder & Associates
175 West 200 South, #4000
Salt Lake City, UT 84101

Lee Rudd
716 East 4500 South, #N240
Murray, UT 84107

Mike Johnson
Ray, Quinney & Nebeker
36 South State Street, #1400
P.O. Box 45838
Salt Lake City, UT 84111

Snell & Wilmer
15 W. South Temple, #1200
Salt Lake City, UT 84101

Liquidating Debtor
c/o R.W. Cuthill Jr.
341 N. Maitland Avenue, #210
Maitland, FL 32751

R. Scott Shuker
P.O. Box 3353
Orlando, FL 32801

Justin M. Luna
390 N. Orange Avenue, #600
Orlando, FL 32801

*/s/ signature*

F:\MARSHA\VERNON\North American\settlement notice (Liquidating Debtor).wpd

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 07-24900<br>District of Utah<br>Salt Lake City<br>Tue Dec 22 11:20:32 MST 2009 | Amano Business Credit<br>2081 SE Ocean Blvd<br>Suite 2A<br>Stuart, FL 34996-3348 | Amerisource Funding Inc<br>13201 NW Fwy<br>Suite 300<br>Houston, TX 77040-6036 |
| Andrew Corporation<br>Worldwide Headquarters<br>3 Westbrook Corporate Ctr, Ste. 900<br>Westchester, IL 60154-5765 | Bexel Rentals<br>4305 Vineland Rd.<br>Suite G-12<br>Orlando, FL 32811-7353 | Matthew M. Boley<br>Parsons Kinghorn Harris<br>111 E. Broadway<br>11th Floor<br>Salt Lake City, UT 84111-5225 |
| Bush Ross, P.A.<br>220 South Franklin Street<br>Tampa, FL 33602-5330 | Capital One<br>Attn: General Correspondence<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Attn: Payment Investigations<br>PO Box 85642<br>Richmond, VA 23285-5642 |
| Chameleon Communications Group Inc<br>14375 Myer Lake Circle<br>Clearwater, FL 33760-2839 | Common Paymaster Corporation<br>PO Box 4612<br>Orlando, FL 32802-4612 | D & D Engineering<br>641 West Lake Street<br>Suite 102<br>Chicago, IL 60661-1056 |
| Denny Curran<br>12662 Overbrook Drive<br>Santa Ana, CA 92705-6409 | Eric West Attorney PLLC<br>318b E 5th Street<br>Lumberton, NC 28358-5535 | Firemans Fund Insurance Company<br>777 San Marin Dr<br>Novato, CA 94998-0001 |
| First Community Bank<br>121 S. Tejon, Suite 110<br>Colorado Springs, CO 80903-2255 | First Community Bank<br>611 N. Weber St, Ste 202<br>Colorado Springs CO 80903-1072 | First Community Bank<br>Attn: John T. Lane, Sr. V.P.<br>Special Assets/Colorado & Utah<br>121 S. Tejon, Suite 110<br>Colorado Springs, CO 80903-2229 |
| Franchise Tax Board<br>Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Gary E Oksutcik<br>c/o R. Kimball Mosier<br>111 East Broadway, 11th Fllor<br>Salt Lake City, UT 84111 | Globalstar LLC<br>461 S Milpitas Blvd<br>Milpitas, CA 95035-5438 |
| Griffin & Linder<br>28 E Washington Street<br>Orlando, FL 32801-2311 | Hayman Communications<br>6622 Inyokern Road<br>PO Box 1179<br>Inyokern, CA 93527-1179 | Vernon L. Hopkinson<br>Cohne Rappaport & Segal<br>257 East 200 South, Suite 700<br>P.O. Box 11008<br>Salt Lake City, UT 84147-0008 |
| Robert H. Hunter<br>Robert Hunter & Associates, P.C.<br>13961 South Minuteman Drive, Suite 350<br>Draper, UT 84020-8086 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Interscreen America Inc<br>10720 72nd Street #306<br>Largo, FL 33777-1520 |
| Jerald V. Hale<br>Winder & Counsel PC<br>175 West 200 South, Ste 4000<br>PO Box 2668<br>Salt Lake City UT 84110-2668 | Michael R. Johnson<br>Ray Quinney & Nebeker P.C.<br>36 South State Street<br>Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | MC Signworks Inc (Hot Rod Ink)<br>4876 Commerce Drive<br>Suite A<br>Salt Lake City, UT 84107-4757 |

| | | |
|---|---|---|
| Mark Aldous<br>235 Hicks Road<br>Granville, NY 12832-2605 | Media Underground Inc<br>3485 W Harmon Ave<br>Suite 100<br>Las Vegas, NV 89103-4108 | Metrovision Production Group LLC<br>508 W 24th Street<br>New York, NY 10011-1103 |
| Mirabilis Ventures, Inc.<br>c/o Michael R. Johnson, Esq.<br>Snell & Wilmer L.L.P.<br>15 W. South Temple, #1200<br>SLC, UT 84101-1547 | New York State Dept of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | North American Communications, Inc.<br>3660 Maguire Boulevard<br>Suite 103<br>Orlando, FL 32803-3059 |
| Organizational Solutions Network LLC<br>1321 Earl Drive<br>Salt Lake City, UT 84104-3728 | Peak Uplink Inc<br>458 Silverhorn Drive<br>New Castle, CO 81647-9468 | Peak Video Productions<br>2626 E N Altamont Blvd<br>Spokane, WA 99202-4250 |
| Percy Davis<br>131 W 135th Street<br>New York, NY 10030-2922 | Puget Sound Leasing Co Inc<br>PO Box 1295<br>Issaquah, WA 98027-0050 | Qwest Communications International Inc<br>1801 California Street #3800<br>Denver, CO 80202-5555 |
| RF Scientific Inc<br>5644 Commerce Drive<br>Orlando, FL 32839-2962 | Ray Guy Productions<br>4510 Aqua Verde Drive<br>Austin, TX 78746-1041 | Lee Rudd<br>716 East 4500 South<br>P.O. Box 57782<br>Salt Lake City, UT 84157-0782 |
| Sector Microwave Industries<br>999 Grand Blvd<br>Deer Park<br>Long Island, NY 11729-5707 | Roger G. Segal tr<br>257 East 200 South<br>Suite 700<br>P.O. Box 11008<br>Salt Lake City, UT 84147-0008 | Speccom Systems<br>336 36th Street<br>Suite 375<br>Bellingham, WA 98225-6580 |
| State of California<br>Franchise Tax Board<br>Special Procedures Section<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Steve Newsome Grading<br>601 River Bend Road<br>Demorest, GA 30535-2328 | Stratis Authority Inc<br>300 Primera Blvd<br>Suite 164<br>Lake Mary, FL 32746-2156 |
| US Bancorp<br>US Bankcorp Center<br>800 Nicollet Mall<br>Minneapolis, MN 55402-2511 | US Treasury Department<br>Criminal Investiga, SA Richard Smith<br>850 Trafalgar Court # 214<br>Maitland, FL 32751-4153 | United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 |
| Uplynx Technologies LLC<br>Attn: Douglas Susalla<br>25170 Strawberry Lane<br>Southfield, MI 48033-2722 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Videolink Inc<br>3401 Quebec Street<br>Suite 9000<br>Denver, CO 80207-2331 |
| Vision Accomplished Inc<br>Transvision International<br>550 Maulhardt Avenue<br>Oxnard Beach, CA 93030-8914 | Warner Truck Center<br>5600 W 2100 S<br>Salt Lake City, UT 84101 | Wells Fargo Bank Center<br>299 South Main Street<br>Salt Lake City, UT 84111-1919 |

Wells Fargo CCG Collection Servicing
2nd Floor MAC X2505-016
1 Home Campus
Des Moines, IA 50328-0001

(p)ZIONS FIRST NATIONAL BANK
LEGAL SERVICES UT ZB11 0877
P O BOX 30709
SALT LAKE CITY UT 84130-0709


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
P.O. Box 21126
Philadelphia PA 19114

Zions First National Bank
One South Main Street
Salt Lake City, UT 84111


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Judith A. Boulden

(u)Mirabilis Ventures, Inc.

(u)Gary Oksutcik


(u)Southern Skies Satellite
3440 N 16th Street
Phoenix

End of Label Matrix
Mailable recipients    61
Bypassed recipients     4
Total                  65