**The below described is SIGNED.**

**Dated: January 13, 2010** _____
**JUDITH A. BOULDEN**
**U.S. Bankruptcy Judge**



_____

Vernon L. Hopkinson (Bar No. 3656 )
**COHNE, RAPPAPORT & SEGAL, P. C.**
257 East 200 South, Suite 700
Salt Lake City, Utah  84111
Telephone:  (801) 532-2666
Facsimile: (801) 355-1813
*vern@crslaw.com*

    Attorneys for Roger G. Segal, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

----ooo0ooo----

| | |
|---|---|
| In re: | ) |
| | ) |
| NORTH AMERICAN COMMUNICATIONS, INC. | ) Bankruptcy No. 07-24900 JAB |
| | ) (Chapter 7) |
| | ) |
| Debtor(s). | ) |

----ooo0ooo----

### ORDER GRANTING TRUSTEE'S MOTION TO ALLOW CLAIM OF THE "LIQUIDATING DEBTOR"

Based upon the Motion for Order Approving Motion to Allow Claim of the "Liquidating Debtor" (the "Trustee's Motion") filed by Roger G. Segal, Chapter 7 Trustee of the bankruptcy case of the above-named Debtor, and the Notice of Hearing on said Motion served on parties in interest by first class mail on December 22, 2009, and the failure of any party in interest to file a response in opposition to the motion pursuant to the Local Rules of Practice, and for other good cause appearing, now therefore, it is hereby

ORDERED that the Trustee's Motion is granted and the Trustee is authorized upon completion of the administration of the Debtor's bankruptcy estate to pay to the "Liquidating Debtor care of R.W. Cuthill Jr." any funds remaining in the Debtor's estate after the Trustee has paid with interest as authorized by the Court as permitted by the Bankruptcy Code all other claims against the Debtor's bankruptcy estate.

END OF DOCUMENT



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of January, 2010 a true and accurate copy of the foregoing document was mailed, first class, postage fully prepaid, in the United States mail, to the following:

Laurie A. Cayton
Assistant United States Trustee
Suite 300, Ken Garff Building
405 South Main Street
Salt Lake City, UT 84111

Jerald V. Hale
Winder & Haslam
175 West 200 South, #4000
Salt Lake City, UT 84101

Lee Rudd
1669 Merribee Way
Salt Lake City, UT 84121

I. Randall Gold
U.S. Attorneys Office
501 West Church Street, Suite 300
Orlando, FL 32765

Liquidating Debtor
c/o R.W. Cuthill Jr.
341 N. Maitland Avenue, #210
Maitland, FL 32751

/s/

## CLERK'S CERTIFICATE OF MAILING

      The undersigned hereby certifies that on the ____ day of January, 2010 a true and accurate copy of the foregoing document was mailed, first class, postage fully prepaid, in the United States mail, to the following:

Laurie A. Cayton
Assistant United States Trustee
Suite 300, Ken Garff Building
405 South Main Street
Salt Lake City, UT 84111

Jerald V. Hale
Winder & Haslam
175 West 200 South, #4000
Salt Lake City, UT 84101

Lee Rudd
1669 Merribee Way
Salt Lake City, UT 84121

Roger G. Segal
COHNE, RAPPAPORT & SEGAL, P.C.
257 East 200 South, Suite 700
Salt Lake City, UT 84111

Vernon L. Hopkinson
COHNE, RAPPAPORT & SEGAL, P.C.
257 East 200 South, Suite 700
Salt Lake City, UT 84111

                                                        _____
                                                        Clerk

ORDER SIGNED