# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | | |
|---|---|---|
| In re: | § § | |
| NORTH AMERICAN COMMUNICATIONS, INC. | § | Case No. 07-24900 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roger G. Segal, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,253,841.78 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 145,635.48 | Claims Discharged Without Payment: 1,149,388.72 |
| Total Expenses of Administration: 88,516.08 | |

3) Total gross receipts of $ 234,151.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 234,151.56 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 901,389.55 | $ 932,112.20 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 89,162.11 | 89,162.11 | 88,516.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 5,559.65 | 28,318.65 | 2,961.45 | 2,961.45 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 1,097,988.57 | 332,594.89 | 139,416.17 | 142,674.03 |
| **TOTAL DISBURSEMENTS** | **$ 2,004,937.77** | **$ 1,382,187.85** | **$ 231,539.73** | **$ 234,151.56** |

4) This case was originally filed under chapter 7 on 10/12/2007 . The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/18/2010          By:/s/Roger G. Segal
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo Bank | 1129-000 | 15,024.88 |
| NACI Additional Equipment List | 1129-000 | 51,000.00 |
| Claims against Gary Oksutck | 1249-000 | 168,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 126.68 |
| TOTAL GROSS RECEIPTS | | $234,151.56 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zions First National Bank One South Main Street Salt Lake City, UT 84111 | | 9,771.48 | NA | NA | 0.00 |
| DENNY CURRAN | 4210-000 | 100,177.67 | 96,839.00 | 0.00 | 0.00 |
| FIRST COMMUNITY BANK | 4210-000 | 311,023.80 | 297,549.50 | 0.00 | 0.00 |
| FIRST COMMUNITY BANK | 4210-000 | 32,070.83 | 30,438.68 | 0.00 | 0.00 |
| FIRST COMMUNITY BANK | 4210-000 | 114,729.28 | 102,565.16 | 0.00 | 0.00 |
| FIRST COMMUNITY BANK | 4210-000 | 188,651.04 | 180,772.71 | 0.00 | 0.00 |
| FIRST COMMUNITY BANK | 4210-000 | 144,965.45 | 127,197.15 | 0.00 | 0.00 |
| GARY E OKSUTCIK | 4210-000 | NA | 96,750.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | $ 901,389.55 | $ 932,112.20 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROGER G. SEGAL | 2100-000 | NA | 14,957.58 | 14,957.58 | 14,957.58 |
| ROGER G. SEGAL | 2200-000 | NA | 633.13 | 633.13 | 633.13 |
| HOPKINSON, VERNON L. | 3110-000 | NA | 34,142.25 | 34,142.25 | 34,142.25 |
| HOPKINSON, VERNON L. | 3110-000 | NA | 11,669.00 | 11,669.00 | 11,669.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| VERNON L. HOPKINSON | 3110-000 | NA | 646.03 | 646.03 | 646.03 |
| HOPKINSON, VERNON L. | 3120-000 | NA | 646.03 | 646.03 | 0.00 |
| HOPKINSON, VERNON L. | 3120-000 | NA | 461.19 | 461.19 | 461.19 |
| ROBERT H. HUNTER, CPA | 3410-000 | NA | 15,827.30 | 15,827.30 | 15,827.30 |
| ROBERT H. HUNTER, CPA | 3420-000 | NA | 167.80 | 167.80 | 167.80 |
| ERKELENS & OLSON AUCTIONEERS | 3610-000 | NA | 6,750.00 | 6,750.00 | 6,750.00 |
| ERKELENS & OLSON AUCTIONEERS | 3620-000 | NA | 3,261.80 | 3,261.80 | 3,261.80 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 89,162.11 | $ 89,162.11 | $ 88,516.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Don D. Brashears PO Box 577198 Modesto, CA 95357 | | 0.00 | NA | NA | 0.00 |
| Gary E. Oksutcik c/o Nick Colessides 466 S 400 E Suite 100 Salt Lake City, UT 84111-3325 | | 0.00 | NA | NA | 0.00 |
| Jack Bozarth UNKNOWN AT THIS TIME | | 419.27 | NA | NA | 0.00 |
| Louis Tortora UNKNOWN AT THIS TIME | | 57.14 | NA | NA | 0.00 |
| Michael Jordan UNKNOWN AT THIS TIME | | 23.32 | NA | NA | 0.00 |
| Michael L. Tyler UNKNOWN AT THIS TIME | | 2,607.50 | NA | NA | 0.00 |
| Nathan Griffin UNKNOWN AT THIS TIME | | 75.14 | NA | NA | 0.00 |
| Paul Boyden UNKNOWN AT THIS TIME | | 2,377.28 | NA | NA | 0.00 |
| FRANCHISE TAX BOARD | 5800-000 | NA | 2,670.73 | 2,670.73 | 2,670.73 |
| INTERNAL REVENUE SERVICE | 5800-000 | NA | 25,357.20 | 0.00 | 0.00 |
| NEW YORK STATE DEPT OF TAXATION AND | 5800-000 | NA | 290.72 | 290.72 | 290.72 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STATE OF CALIFORNIA | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ 5,559.65 | $ 28,318.65 | $ 2,961.45 | $ 2,961.45 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T PO Box 8212 Aurora, IL 60572-8212 | | 287.47 | NA | NA | 0.00 |
| Amano Business Credit 2081 SE Ocean Blvd Suite 2A Stuart, FL 34996 | | 3,331.20 | NA | NA | 0.00 |
| Andrew Corporation Worldwide Headquarters 3 Westbrook Corporate Ctr, Ste. 900 Westchester, IL 60154 | | 77.16 | NA | NA | 0.00 |
| Bexel Rentals 4305 Vineland Rd. Suite G-12 Orlando, FL 32801 | | 12,961.25 | NA | NA | 0.00 |
| Bush Ross, P.A. 220 South Franklin Street Tampa, FL 33602 | | 1,701.16 | NA | NA | 0.00 |
| Chameleon Communications Group, Inc. 14375 Myer Lake Circle Clearwater, FL 33760-2839 | | 33,895.16 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Common Paymaster Corporation PO Box 4612 Orlando, FL 32801 | | 637,486.72 | NA | NA | 0.00 |
| D & D Engineering 641 West Lake Street Suite 102 Chicago, IL 60661-1012 | | 13,719.00 | NA | NA | 0.00 |
| Eric West Attorney PLLC 318b E 5th St Lumberton, NC 28358-5535 | | 4,287.50 | NA | NA | 0.00 |
| Financial Pacific Leasing 3455 South 344th Way Federal Way, WA 98001 | | 9,789.60 | NA | NA | 0.00 |
| Globalstar LLC 461 S Milpitas Blvd Milpitas, CA 95035 | | 140.19 | NA | NA | 0.00 |
| Hayman Communications 6622 Inyokern Road PO Box 1179 Inyokern, CA 95327 | | 11,877.30 | NA | NA | 0.00 |
| Interscreen America Inc 10720 72nd Street #306 Largo, FL 33777 | | 2,023.72 | NA | NA | 0.00 |
| MC Signworks Inc. (Hot Rod Ink) 4876 Commerce Drive Suite A Salt Lake City, UT 84107-4757 | | 205.50 | NA | NA | 0.00 |
| Mark Aldous 235 Hicks Road Granville, NY 12832-2605 | | 54.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Media Underground Inc. 3485 W Harmon Ave Suite 100 Las Vegas, NV 89103-4108 | | 10,081.25 | NA | NA | 0.00 |
| Metrovision Production Group LLC 508 W 24th Street New York, NY 10011-1103 | | 18,225.00 | NA | NA | 0.00 |
| Peak Uplink Inc. 458 Silverhorn Drive New Castle, CO 81647-9468 | | 1,800.00 | NA | NA | 0.00 |
| Peak Video Productions 2626 E N Altamont Blvd Spokane, WA 992024250 | | 750.00 | NA | NA | 0.00 |
| Percy Davis 131 W 135th Street New York, NY 10030-2922 | | 314.63 | NA | NA | 0.00 |
| Puget Sound Leasing Co Inc. PO Box 1295 Issaquah, WA 98027 | | 25,470.90 | NA | NA | 0.00 |
| Qwest Communications International Inc. 1801 California Street #3800 Denver, CO 80202-5555 | | 273.80 | NA | NA | 0.00 |
| RF Scientific Inc. 5644 Commerce Drive Orlando, FL 32839 | | 28,873.71 | NA | NA | 0.00 |
| Southern Skies Satellite 3440 N 16th Street Phoenix | | 2,250.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Speccom Systems 336 36th Street Suite 375 Bellingham, WA 98225-6580 | | 1,125.00 | NA | NA | 0.00 |
| Steve Newsome Grading 601 River Bend Road Demorest, GA 30535-2328 | | 4,976.80 | NA | NA | 0.00 |
| Stratis Authority Inc 300 Primera Blvd Suite 164 Lake Mary, FL 32746 | | 200,644.32 | NA | NA | 0.00 |
| US Bancorp US Bankcorp Center 800 Nicollet Mall Minneapolis, MN 55402 | | 2,653.17 | NA | NA | 0.00 |
| US Bancorp US Bankcorp Center 800 Nicollet Mall Minneapolis, MN 55402 | | 23,409.26 | NA | NA | 0.00 |
| Videolink Inc 3401 Quebec Street Suite 900 Denver, CO 80207-2331 | | 3,950.00 | NA | NA | 0.00 |
| Vision Accomplished Inc Transvision International 550 Maulhardt Avenue Oxnard Beach, CA 93030 | | 15,750.00 | NA | NA | 0.00 |
| Warner Truck Center 5600 W 2100 S Salt Lake City, UT 84101 | | 3,090.80 | NA | NA | 0.00 |
| GARY E OKSUTCIK | 7100-000 | NA | 294,717.29 | 0.00 | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 7100-000 | NA | 9,746.74 | 0.00 | 0.00 |
| LIQUIDATING DEBTOR | 7100-000 | NA | 0.00 | 111,285.31 | 111,285.31 |
| NEW YORK STATE DEPT OF TAXATION AND | 7100-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| UPLYNX TECHNOLOGIES LLC | 7100-000 | 22,513.00 | 27,130.86 | 27,130.86 | 27,130.86 |
| FRANCHISE TAX BOARD | 7990-000 | NA | NA | NA | 279.84 |
| NEW YORK STATE DEPT OF TAXATION AND | 7990-000 | NA | NA | NA | 30.46 |
| NEW YORK STATE DEPT OF TAXATION AND | 7990-000 | NA | NA | NA | 104.78 |
| UPLYNX TECHNOLOGIES LLC | 7990-000 | NA | NA | NA | 2,842.78 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 1,097,988.57 | $ 332,594.89 | $ 139,416.17 | $ 142,674.03 |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:    07-24900    JAB    Judge: Judith A. Boulden    Trustee Name:    Roger G. Segal
Case Name:  NORTH AMERICAN COMMUNICATIONS, INC.    Date Filed (f) or Converted (c):    10/12/07 (f)
                                                   341(a) Meeting Date:    11/13/07
For Period Ending: 06/18/10                         Claims Bar Date:    05/05/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wells Fargo Bank | 56,000.00 | 15,024.88 |  | 15,024.88 | FA |
| 2. Arctek Satellite | 7,200.00 | 7,200.00 | DA | 0.00 | FA |
| 3. Ascent Media | 21,835.00 | 21,835.00 | DA | 0.00 | FA |
| 4. Blue Chip Films | 7,985.00 | 7,985.00 | DA | 0.00 | FA |
| 5. Coastal Satellite | 250.00 | 250.00 | DA | 0.00 | FA |
| 6. CTV (British Columbia) | 2,442.50 | 2,442.50 | DA | 0.00 | FA |
| 7. ESPN News | 109.50 | 109.50 | DA | 0.00 | FA |
| 8. Global Media Services | 3,700.00 | 3,700.00 | DA | 0.00 | FA |
| 9. Kjell Jansson | 8,869.40 | 8,869.40 | DA | 0.00 | FA |
| 10. The Golf Channel | 19,744.47 | 19,744.47 | DA | 0.00 | FA |
| 11. Thistle Communications | 36,885.02 | 36,885.02 | DA | 0.00 | FA |
| 12. Uplynx | 5,400.00 | 5,400.00 | DA | 0.00 | FA |
| 13. Attached Exhibit B-16 | 114,420.89 | 114,420.89 | DA | 0.00 | FA |
| 14. NACI #2: 1994 GMAC Vehicle is subject to Security Agreement in favor of Denny Curran | 125,000.00 | 24,822.33 | DA | 0.00 | FA |
| 15. NACI #3: 1999 Ford E350 Van Vehicle is subject to Security Agreement in favor of First Community Bank in the amount of $32,070.83 | 35,000.00 | 2,929.17 | DA | 0.00 | FA |
| 16. NACI #4: 2004 Freightliner Property is subject to Security Agreement in favor of First Community Bank in the amount of $114,729.28 | 150,000.00 | 35,270.72 | DA | 0.00 | FA |
| 17. NACI #5: 2004 Freightliner Property is subject to Security Agreement in favor of First Community Bank in the amount of $144,965.45 | 150,000.00 | 5,034.55 | DA | 0.00 | FA |
| 18. NACI #6: 2000 Freightliner Property is subject to Security Agreement in favor of First Community | 275,000.00 | 0.00 | DA | 0.00 | FA |

LFORM1    UST Form 101-7-TDR (9/1/2009) (Page: 12)    Ver. 15.08

Page: 2
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:    07-24900    JAB    Judge: Judith A. Boulden
Case Name:  NORTH AMERICAN COMMUNICATIONS, INC.

Trustee Name:                       Roger G. Segal
Date Filed (f) or Converted (c):    10/12/07 (f)
341(a) Meeting Date:                11/13/07
Claims Bar Date:                    05/05/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Bank in the amount of $311,023.80 | | | | | |
| 19. NACI #7: 2005 Freightliner Property is subject to Security Agreement in favor of First Community Bank in the amount of $188,651.04 | 185,000.00 | 0.00 | DA | 0.00 | FA |
| 20. 2005 Ford F550 Flatbed Tow Vehicle | Unknown | 0.00 | DA | 0.00 | FA |
| 21. 1999 Freightliner Chassis | Unknown | 0.00 | DA | 0.00 | FA |
| 22. 1987 GMC HubCom Satellite Uplink Truck | Unknown | 0.00 | DA | 0.00 | FA |
| 23. 8 Channel SONY Encoder Mux System | Unknown | 0.00 | DA | 0.00 | FA |
| 24. 6 Channel SONY Encoder Mux System | Unknown | 0.00 | DA | 0.00 | FA |
| 25. Flyaway Antenna only and used shipping cases | Unknown | 0.00 | DA | 0.00 | FA |
| 26. Equipment located on NACI Trucks #2-#7 | 2,105,000.00 | 2,105,000.00 | | 0.00 | FA |
| 27. NACI Additional Equipment List | 373,250.00 | 373,250.00 | | 51,000.00 | FA |
| 28. Post-Petition Interest Deposits (u) | Unknown | 126.68 | | 126.68 | FA |
| 29. Claims against Gary Oksutck (u) | 0.00 | 168,000.00 | | 168,000.00 | FA |
| *Comprehensive settlement approved which settlement resolved all claim of the estate and transferred remaining property of th estate. | | | | | |
| TOTALS (Excluding Unknown Values) | $3,683,091.78 | $2,958,300.11 | | $234,151.56 | $0.00 |
| | | | | | Gross Value of Remaining Assets (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 03/31/10

LFORM1   UST Form 101-7-TDR (9/1/2009) *(Page: 13)*

Ver: 15.08

Page: 1
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-24900 -JAB
Case Name: NORTH AMERICAN COMMUNICATIONS, INC.
Taxpayer ID No: *******6972
For Period Ending: 06/18/10

Trustee Name: Roger G. Segal
Bank Name: Bank of America
Account Number / CD #: *******7662  Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 50,875,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 02/21/08 | 1 | Wells Fargo Bank, N.A. 350 SW Jefferson DP5 Portland, OR 97201 | Funds on Deposit | | 1129-000 | 15,024.88 | | 15,024.88 |
| 02/29/08 | 27 | Winder & Haslam, P.C. (Wells Fargo Official Check) | Proceeds for sale of Equip. in stor | | 1129-000 | 6,000.00 | | 21,024.88 |
| 02/29/08 | 28 | Bank of America | Interest Rate 0.300 | | 1270-000 | 0.61 | | 21,025.49 |
| 03/31/08 | 28 | Bank of America | Interest Rate 0.250 | | 1270-000 | 4.82 | | 21,030.31 |
| 04/30/08 | 28 | Bank of America | Interest Rate 0.250 | | 1270-000 | 4.31 | | 21,034.62 |
| 05/30/08 | 28 | Bank of America | Interest Rate 0.150 | | 1270-000 | 2.67 | | 21,037.29 |
| 06/30/08 | 28 | Bank of America | Interest Rate 0.150 | | 1270-000 | 2.59 | | 21,039.88 |
| 07/31/08 | 28 | Bank of America | Interest Rate 0.150 | | 1270-000 | 2.67 | | 21,042.55 |
| 08/29/08 | 28 | Bank of America | Interest Rate 0.150 | | 1270-000 | 2.67 | | 21,045.22 |
| 09/11/08 | | Erkelens & Olson Auctioneers 430 West 300 North Salt Lake City, UT 84103 | Proceeds of Auction Sale | | | 34,988.20 | | 56,033.42 |
| | 27 | ERKELENS & OLSON AUCTIONEERS | Memo Amount: 45,000.00 Proceeds of Auction Sale | | 1129-000 | | | |
| | | ERKELENS & OLSON AUCTIONEERS | Memo Amount: ( 6,750.00 ) Auctioneer for Trustee Fees | | 3610-000 | | | |
| | | ERKELENS & OLSON AUCTIONEERS | Memo Amount: ( 843.50 ) Auctioneer for Trustee Expenses | | 3620-000 | | | |
| | | ERKELENS & OLSON AUCTIONEERS | Memo Amount: ( 2,418.30 ) Auctioneer for Trustee Expenses | | 3620-000 | | | |
| 09/30/08 | 28 | Bank of America | Interest Rate 0.150 | | 1270-000 | 4.88 | | 56,038.30 |
| 10/31/08 | 28 | Bank of America | Interest Rate 0.100 | | 1270-000 | 5.44 | | 56,043.74 |
| 11/28/08 | 28 | Bank of America | Interest Rate 0.100 | | 1270-000 | 4.59 | | 56,048.33 |
| 12/31/08 | 28 | Bank of America | Interest Rate 0.020 | | 1270-000 | 3.04 | | 56,051.37 |
| 01/12/09 | 000101 | Vernon L. Hopkinson | Attorney for Trustee/fees and costs | | 3110-000 | | 34,142.25 | 21,909.12 |
| | | | Page Subtotals | | | 56,051.37 | 34,142.25 | |

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 14)    Ver. 15.08

Page: 2
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-24900 -JAB | | | Trustee Name: | Roger G. Segal | |
| Case Name: | NORTH AMERICAN COMMUNICATIONS, INC. | | | Bank Name: | Bank of America | |
| Taxpayer ID No: | *******6972 | | | Account Number / CD #: | *******7662 Money Market Account (Interest Earn | |
| For Period Ending: | 06/18/10 | | | Blanket Bond (per case limit): | $ 50,875,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Acct. No: | | | | |
| 01/12/09 | 000102 | Cohne, Rappaport & Segal, P.C. 257 East 200 South, Suite 700 Salt Lake City, UT 84111 | First Interim Verified Application for Attorneys for Trustee | 3110-000 | | 646.03 | 21,263.09 |
| | | Vernon L. Hopkinson Cohne, Rappaport & Segal, P.C. 257 East 200 South, Suite 700 Salt Lake City, UT 84111 | Attorney for Trustee/fees and costs Acct. No: First Interim Verified Application for Attorneys for Trustee | | | | |
| 01/30/09 | 29 | Gary Oksutcik (Mtn. America C.U. Cashier's Check) P.O. Box 9001 West Jordan, UT  84084-9001 | Settlement Payment | 1249-000 | 168,000.00 | | 189,263.09 |
| 01/30/09 | 28 | Bank of America | Interest Rate  0.010 | 1270-000 | 0.45 | | 189,263.54 |
| 02/27/09 | 28 | Bank of America | Interest Rate  0.020 | 1270-000 | 2.51 | | 189,266.05 |
| 03/31/09 | 28 | Bank of America | Interest Rate  0.020 | 1270-000 | 3.22 | | 189,269.27 |
| 04/30/09 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 7.78 | | 189,277.05 |
| 05/29/09 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 8.03 | | 189,285.08 |
| 06/30/09 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 7.79 | | 189,292.87 |
| 07/31/09 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 8.04 | | 189,300.91 |
| 08/31/09 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 8.04 | | 189,308.95 |
| 09/30/09 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 7.78 | | 189,316.73 |
| 10/30/09 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 8.03 | | 189,324.76 |
| 11/30/09 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 7.79 | | 189,332.55 |
| 12/31/09 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 8.04 | | 189,340.59 |
| 01/29/10 | 28 | Bank of America | Interest Rate  0.050 | 1270-000 | 8.03 | | 189,348.62 |
| 02/12/10 | 28 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 2.86 | | 189,351.48 |
| 02/12/10 | 28 | Transfer to Acct #*******2403 | Final Posting Transfer | 9999-000 | | 189,351.48 | 0.00 |
| | | | | Page Subtotals | 168,088.39 | 189,997.51 | |

LFORM24   UST Form 101-7-TDR (9/1/2009) (Page: 15)                                                                                                                            Ver: 15.08

Page: 3
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-24900 -JAB
Case Name: NORTH AMERICAN COMMUNICATIONS, INC.
Taxpayer ID No: *******6972
For Period Ending: 06/18/10

Trustee Name: Roger G. Segal
Bank Name: Bank of America
Account Number / CD #: *******7662 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 50,875,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 224,139.76 | 224,139.76 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 189,351.48 | |
| | | | Subtotal | | 224,139.76 | 34,788.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 224,139.76 | 34,788.28 | |

Memo Allocation Receipts: 45,000.00
Memo Allocation Disbursements: 10,011.80
Memo Allocation Net: 34,988.20

Page Subtotals 0.00 0.00

Ver: 15.08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

Case No: 07-24900 -JAB
Case Name: NORTH AMERICAN COMMUNICATIONS, INC.
Taxpayer ID No: *******6972
For Period Ending: 06/18/10

Trustee Name: Roger G. Segal
Bank Name: Bank of America
Account Number / CD #: *******2403  Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 50,875,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/10 | | Transfer from Acct #*******7662 | Transfer In From MMA Account | 9999-000 | 189,351.48 | | 189,351.48 |
| 04/20/10 | 000101 | Roger G. Segal<br>Cohne, Rappaport & Segal, P.C.<br>P.O. Box 11008<br>Salt Lake City, UT 84147-0008 | Chapter 7 Compensation/Fees | 2100-000 | | 14,957.58 | 174,393.90 |
| 04/20/10 | 000102 | Roger G. Segal<br>Cohne, Rappaport & Segal, P.C.<br>P.O. Box 11008<br>Salt Lake City, UT 84147-0008 | Chapter 7 Expenses | 2200-000 | | 633.13 | 173,760.77 |
| 04/20/10 | 000103 | Vernon L. Hopkinson<br>Cohne, Rappaport & Segal, P.C.<br>257 East 200 South, Suite 700<br>Salt Lake City, UT 84111 | Claim 0000005, Payment 100.000000%<br>Attorney for Trustee/fees and costs<br>Acct No:<br>   Fees      11,669.00<br>   Expenses    461.19 | 3110-000<br>3120-000 | | 12,130.19 | 161,630.58<br>161,630.58 |
| 04/20/10 | 000104 | Robert H. Hunter, CPA<br>Robert Hunter & Associates, P.C.<br>13961 South Minuteman Drive, Suite 350<br>Draper, UT 84020 | Claim 00000000D, Payment 100.000000%<br>Accountants for Trustee<br>Fees and Costs<br>   Fees      15,827.30<br>   Expenses    167.80 | 3410-000<br>3420-000 | | 15,995.10 | 145,635.48<br>145,635.48 |
| 04/20/10 | 000105 | New York State Dept of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Claim 000010B, Payment 110.47744%<br>Priority Claim No. 10B | 5800-000 | | 321.18 | 145,314.30 |
| 04/20/10 | 000106 | Franchise Tax Board | Claim 000011, Payment 110.47803%<br>   Claim      290.72<br>   Interest    30.46 | 5800-000<br>7990-000 | | 2,950.57 | 145,314.30<br>142,363.73 |
| | | | Page Subtotals | | 189,351.48 | 46,987.75 | |

LFORM24    UST Form 101-7-TDR (9/1/2009) (Page: 17)

Ver: 15.08

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit 9

Case No: 07-24900 -JAB
Case Name: NORTH AMERICAN COMMUNICATIONS, INC.
Taxpayer ID No: *******6972
For Period Ending: 06/18/10

Trustee Name: Roger G. Segal
Bank Name: Bank of America
Account Number / CD #: *******2403   Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 50,875,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Special Procedures<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Priority Claim NO. 11<br><br>Claim      2,670.73<br>Interest       279.84 | | 5800-000<br>7990-000 | | | 142,363.73<br>142,363.73 |
| 04/20/10 | 000107 | Uplynx Technologies LLC<br>Attn: Douglas Susalla<br>25170 Strawberry Lane<br>Southfield, MI 48033-2722 | Claim 000007, Payment 110.47803%<br>First/final dividend on unsecured<br>claim #7<br><br>Claim     27,130.86<br>Interest    2,842.78 | | 7100-000<br>7990-000 | | 29,973.64 | 112,390.09<br>112,390.09<br>112,390.09 |
| 04/20/10 | 000108 | New York State Dept of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Claim 000010A, Payment 110.47800%<br>First/final dividend on unsecured<br>claim #10A<br><br>Claim      1,000.00<br>Interest       104.78 | | 7100-000<br>7990-000 | | 1,104.78 | 111,285.31<br>111,285.31<br>111,285.31 |
| 04/20/10 | 000109 | Liquidating Debtor<br>c/o R.W. Cuthill, Jr.<br>341 N. Maitland Avenue, #210<br>Maitland, FL 32751 | Claim 0000000F, Payment 100.00000% | | 7100-000 | | 111,285.31 | 0.00 |

Page Subtotals                                                             0.00        142,363.73

LFORM24  UST Form 101-7-TDR (9/1/2009) (Page: 18)                                     Ver: 15.08

Page: 6
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 07-24900 -JAB
Case Name: NORTH AMERICAN COMMUNICATIONS, INC.
Taxpayer ID No: *********6972
For Period Ending: 06/18/10

Trustee Name: Roger G. Segal
Bank Name: Bank of America
Account Number / CD #: *********2403   Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 50,875,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Allocation Receipts: | | 0.00 | | |
| | | | Memo Allocation Disbursements: | | | 0.00 | |
| | | | Memo Allocation Net: | | 0.00 | | |
| | | Total Allocation Receipts: 45,000.00 | | | | | |
| | | Total Allocation Disbursements: 10,011.80 | | | | | |
| | | Total Memo Allocation Net: 34,988.20 | | | | | |
| | | | COLUMN TOTALS | | 189,351.48 | 189,351.48 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 189,351.48 | 0.00 | |
| | | | Subtotal | | 0.00 | 189,351.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 189,351.48 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *********7662 | 224,139.76 | 34,788.28 | 0.00 |
| Checking Account (Non-Interest Earn - *********2403 | 0.00 | 189,351.48 | 0.00 |
| | 224,139.76 | 224,139.76 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

LFORM24   UST Form 101-7-TDR (9/1/2009) (Page: 19)       Ver: 15.08